# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH A. ELLIOTT, SR.,** | : | **CIVIL ACTION NO. 1:04-CV-1101** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **SUPERINTENDENT DONALD VAUGHN, et al.,** | : | |
| | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 5th day of December, 2005, upon consideration of plaintiff's motions for reconsideration (Docs. 101, 105), and it appearing that the motions merely reargue matters addressed by the court and disposed of in previous orders (Docs. 38, 96), see Waye v. First Citizen's Nat'l Bank, 846 F. Supp. 310, 314 (M.D. Pa.)("A motion for reconsideration is not to be used to reargue matters already argued and disposed of."), aff'd, 31 F.3d 1174 (3d Cir. 1994), it is hereby ORDERED that plaintiff's motions for reconsideration (Doc. 101, 105) are DENIED.

                                               /s/ Christopher C. Conner
                                              CHRISTOPHER C. CONNER
                                              United States District Judge