# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH A. ELLIOTT, SR.,** | : | **CIVIL ACTION NO. 1:04-CV-1101** |
| | : | |
| **Plaintiff** | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **SUPERINTENDENT DONALD VAUGHN, et al.,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 5th day of December, 2005, upon consideration of plaintiff's motion to quash (Doc. 107) Attorney Raymond Dorian's submissions to the court on the basis that Mr. Dorian did not enter an appearance in the case , and it appearing that on September 21, 2005, Mr. Dorian entered his appearance on behalf of defendants (Doc. 93), it is hereby ORDERED that the motion (Doc. 107) is DENIED.

    /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge