IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH A. ELLIOTT, SR.,** | : | **CIVIL ACTION NO. 1:04-CV-1101** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **SUPERINTENDENT DONALD VAUGHN, et al.,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 17th day of January, 2006, upon consideration of recent correspondence (Doc. 112) in which plaintiff represents that he is unable to respond to defendants' motion to dismiss because he is being denied writing tablets, and it appearing that, despite the denial of writing tablets, he is more than able to communicate with the court,[1] and it appearing that plaintiff has not filed a brief in response to defendants' motion as of the date of this order, see L.R. 7.6 ("Any party opposing any motion shall file a responsive brief. . . . [or] shall be deemed not to oppose such motion."), it is hereby ORDERED that plaintiff shall file a response brief on or before February 1, 2006.  Failure to comply with this order may result in

---

[1] Over the past sixty days, plaintiff has submitted the following documents to the court:  motion for reconsideration with proposed order (Doc. 101) (3 pages); brief in support of motion for reconsideration (Doc. 102) (9 pages); motion for enlargement and proposed order (Doc. 103) (3 pages); brief in support of motion for enlargement (Doc. 104) (9 pages); motion for reconsideration and proposed order (Doc. 105) (3 pages); brief in support of motion for reconsideration (Doc. 106) (17 pages); motion to quash and proposed order (Doc. 107) (6 pages); Correspondence (Doc. 108) (6 pages); Correspondence (Doc. 112) (10 pages).

the granting of the motion or dismissal of this case for failure to prosecute. <u>See</u> L.R. 7.6; FED. R. CIV. P. 41(b).

         /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge