# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH A. ELLIOTT, SR.,** : | CIVIL ACTION NO. 1:04-CV-1101 |
| **Plaintiff** : | (Judge Conner) |
| v. : | |
| **SUPERINTENDENT DONALD VAUGHN, et al.,** : | |
| **Defendants** : | |

## **ORDER**

AND NOW, this 7th day of August, 2006, upon consideration of plaintiff's motion to stay (Doc. 132) all judicial proceedings pending the outcome of his request for production of fourteen boxes of legal and other material, and this court having denied plaintiff's motion to compel production of the materials requested (Doc. 155), it is hereby ORDERED that the motion to stay (Doc. 132) is DENIED.

  S/ Christopher C. Conner
 CHRISTOPHER C. CONNER
 United States District Judge