**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOSEPH A. ELLIOTT, SR.,** | : | **CIVIL ACTION NO. 1:04-CV-1101** |
| **Plaintiff** | : | |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **JEFF BEARD,** *et al.*, | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 26th day of December, 2006, the Clerk of Court is directed to strike defendant's motion for voluntary civil commitment (Doc. 185) as a result of its profane, impertinent and scandalous content.

S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge
