# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH A. ELLIOTT, SR.,** : | **CIVIL ACTION NO. 1:04-CV-1101** |
| : | |
| **Plaintiff** : | **(Judge Conner)** |
| : | |
| v. : | |
| : | |
| **SUPERINTENDENT DONALD** : | |
| **VAUGHN, et al.,** : | |
| : | |
| **Defendants** : | |

## ORDER

AND NOW, this 28th day of March, 2007, upon consideration of plaintiff's motion for reconsideration (Doc. 177) of the order "dismissing the plaintiff's property issue," and it appearing that the motion merely reargues matters addressed by the court and disposed of in previous orders (Docs. 155, 160), see Waye v. First Citizen's Nat'l Bank, 846 F. Supp. 310, 314 (M.D. Pa.) ("A motion for reconsideration is not to be used to reargue matters already argued and disposed of."), aff'd, 31 F.3d 1174 (3d Cir. 1994), it is hereby ORDERED that plaintiff's motion for reconsideration (Doc. 177) is DENIED.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge