# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH A. ELLIOTT, SR.,** | : | CIVIL ACTION NO. 1:04-CV-1101 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **SUPERINTENDENT DONALD VAUGHN, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 28th day of March, 2007, upon consideration of plaintiff's motions for voluntary civil commitment (Docs. 187, 188), it is hereby ORDERED that the motions are DENIED without prejudice to plaintiff's right to file the motions in the appropriate state court.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge